DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

MILLIKAN v. GUILFORD MILLS, INC.

No. 652P84.

Case below: 70 N.C. App. 705.

Petition by plaintiff for writ of certiorari to North Carolina Court of Appeals denied 8 January 1985.

NORTHWESTERN BANK v. BROWNING

No. 636P84.

Case below: 70 N.C. App. 787.

Petition by defendants for discretionary review under G.S. 7A-31 denied 8 January 1985. Motion by plaintiffs to dismiss appeal for lack of substantial constitutional question allowed 8 January 1985.

STARKEY v. CIMARRON APARTMENTS; EVANS v. CIMARRON APARTMENTS

No. 644P84.

Case below: 70 N.C. App. .772.

Petition by plaintiffs for discretionary review under G.S. 7A-31 denied 8 January 1985.

STATE v. ATKINSON

No. 509P84.

Case below: 70 N.C. App. 146.

Petition by Attorney General for discretionary review under G.S. 7A-31 denied 8 January 1985.

STATE v. BOWENS

No. 657P84.

Case below: 71 N.C. App. 226.

Petition by defendant for discretionary review under G.S. 7A-31 denied 8 January 1985.